IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE FRANK WRIGHT, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-198(MTT) |
| BALDWIN COUNTY JAIL, *et al.* | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 6) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. pursuant to his 28 U.S.C. § 1915(e)(2) initial review. The Magistrate Judge recommends (a) dismissing from this case the Baldwin County Jail because it is not an entity capable of being sued; (b) dismissing the Plaintiff's claims against Officer Valerie Parham and Captain Petty for failure to state a claim; and (c) allowing the case to proceed against and ordering service upon Nurse Beth Eubanks, Officer Bloodworth and Dr. Therone Harrison. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Plaintiff's claims against the Baldwin County Jail, Officer Valerie Parham and Captain Petty are **DISMISSED**.

**SO ORDERED**, this the 24th day of August, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch