**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **WILLIE FRANK WRIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 5:10-CV-198(MTT)** |
| | ) |
| **BETH EUBANKS, *et al.*,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 22) of United States

Magistrate Judge Claude W. Hicks, Jr.  The Plaintiff had previously filed a Motion for a

Protective Order (Doc. 4) (the "Motion"), asking the Court to transfer him from the Baldwin

County Jail to another facility.  The Magistrate Judge recommends denying the Plaintiff's

Motion as moot because he is no longer incarcerated at the Baldwin County Jail.  The

Plaintiff did not file an objection to the Recommendation.  The Court has reviewed the

Recommendation, and the Court accepts and adopts the findings, conclusions and

recommendations of the Magistrate Judge.  The Recommendation is adopted and made

the order of this Court.  This Motion (Doc. 4) is **DENIED**.

SO ORDERED, this the 9th day of November, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch