IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **WILLIE FRANK WRIGHT, JR.,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-198(MTT) |
| **BETH EUBANKS,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 37) of United States Magistrate Judge Charles H. Weigle on Defendant Dr. Theron Harrison's Motion for Summary Judgment (Doc. 24) and Defendants Nurse Beth Eubanks and Jail Officer Bloodworth's Motion for Summary Judgment (Doc. 29) (the "Motions"). The Magistrate Judge recommends granting the Motions because the Plaintiff failed to create a genuine issue of material fact with regard to his claims against any of the above-named Defendants. The Plaintiff did not file an objection to the Recommendation, and the Report and Recommendation has been returned as undeliverable to the Plaintiff on two occasions. (Docs. 38, 40). The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Therefore, Defendant Dr. Theron Harrison's Motion for Summary Judgment (Doc. 24) and Defendants Nurse Beth Eubanks and Jail Officer Bloodworth's Motion for Summary Judgment (Doc. 29) are **GRANTED.** This case is **DISMISSED**.

**SO ORDERED**, this the 22nd day of September, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
